```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 29, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RAYMOND DOWNING and STUDIO
MACBETH, INC.,

       Plaintiffs,

  -against-

A&E TELEVISION NETWORKS, LLC and
DIVIS RED SAU d/b/a DIVISA HOME
VIDEO,

       Defendant.
-----------------------------------------------------X

20-CV-4747 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On September 16, 2020, the Court issued an Amended Order of Reference, which referred the case to Magistrate Judge Cott for General Pretrial and Specific Non-Dispositive Motion/Dispute.  (ECF No. 17.)  The Court hereby revokes the open reference.  The Clerk of Court is respectfully directed to strike the Amended Order of Reference (ECF No. 17) and the initial Order of Reference (ECF No. 6).

SO ORDERED.

Dated: New York, New York
      March 29, 2021

                                                 /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                           United States District Judge